AMELIA LANGLEY, Respondent, *v.* THE SIXTH ·AVENUE RAILROAD COMPANY, Appellant.

(Argued June 5, 1885 ; decided June 23, 1885.)

*D. M. Porter* for appellant.

*B. F. Mudgett* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.